# United States District Court
# Western District of North Carolina
# Statesville Division

|  |  |  |
|---|---|---|
| Emmalee Estelle Church, | ) | JUDGMENT IN CASE |
|  | ) |  |
| Plaintiff(s), | ) | 5:23-cv-00052-GCM |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| Commissioner of Social Security, | ) |  |
| Defendant(s). | ) |  |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 20, 2023 Order.

September 20, 2023

Katherine Hord Simon, Clerk
United States District Court